# EXHIBIT A



# Maricopa County Justice Courts, Arizona

Ironwood Justice Court P.O. Box 648/209 E. Pima, Gila Bend, AZ 85337 602-506-1589

CASE NUMBER: CC2022012662SC

Spencer Amerin
3820 South 375th Ave
Tonopah, AZ 85354

(316)806-3910

Plaintiff(s) Name / Address / Email / Phone

Convergent Outsourcing, Inc
800SW 39th Street STE#100
Renton, WA 98057

(855)450-2044

Defendant(s) Name / Address / Email / Phone

2nd Named Defendant: ______

3rd Named Defendant: ______

**SMALL CLAIMS COMPLAINT** ARSCP 4

**WARNING: THERE ARE NO APPEALS IN SMALL CLAIMS CASES. You do not have the right to appeal the decision of the Hearing Officer or the Justice of the Peace in the Small Claims Division of this court. If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of this court. If you request such transfer, allow at least 10 business days prior to the day of the scheduled hearing. ARS 22-504, ARSCP 14(a)**

FILED JAN 24 2022 IRONWOOD JUSTICE COURT

This court has venue over this matter because:

- ☐ Defendant resides in this precinct.
- ☒ The debt, transaction or incident that resulted in this claim occurred in this precinct at the following location (ARS 22-202):
  3820 South 375th Ave Tonopah, AZ 85354

$1,053.00 is the total amount owed me by defendant because (please attach additional page(s) if more room is needed):

On January 10,2022, the defendant ("Convergent Outsourcing") engaged in false and deceptive debt collection practices **CLAIM ONE:** Defendant sent it's initial demand letter to the plaintiff which failed to inform Plaintiff of his rights and times to request Validation for alleged debt ,and his right to timely dispute alleged debt. Therefore, defendant's initial communication stand in direct violation of 15 USCS §1692g (a) NOTICE OF DEBT;'Contents (a) 1,2,3,4,5. (b) Dispute Debts (a)(a). Plaintiff request damages under 15 USCS § 1692K See Ex #1 Demand letter

To the best of my knowledge and belief:

Date: 1/24/22 [signature]
Plaintiff (signature)

Please inform court staff if interpreter services are required.
☐ Yes, I need interpreter services. Language: ______

**NOTICE: If you are representing a partnership, association or any other organization, provide the court with a notice stating your position and authority to represent this action.**

SC 8150-300.01 R: 1/1/20



# Maricopa County Justice Courts, Arizona

Ironwood Justice Court P.O. Box 648/209 E. Pima, Gila Bend, AZ 85337 602-506-1589

CASE NUMBER: CC2022012612 SC

Spencer Amerin
3820 South 375th Ave
Tonopah, AZ 85354

(316) 806-3910
Plaintiff(s) Name / Address / Email / Phone

Convergent Outsourcing, Inc
800 SW 39th Street STE# 100
Renton, WA 98057

(855)450-2044
Defendant(s) Name / Address / Email / Phone

## SMALL CLAIMS SUMMONS

☐ Replacement ARSCP 5(b)

The Statutory Agent / Corporate Officer to be served is: Mike Meyer (CEO)
Same

Name / Address / Email / Phone

FILED JAN 24 2022 IRONWOOD JUSTICE COURT

Notice: A separate Summons will be issued for each named defendant on the complaint.

TO THE ABOVE-NAMED DEFENDANT: You are directed to answer this complaint within **20 calendar days** by filing a written Answer in the court named above. If you do not answer or defend, you run the risk of having a judgment entered against you for the amount of plaintiff's claim, plus court costs. A filing fee must be paid at the time your answer is filed. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

**REQUESTING AN INTERPRETER OR SPECIAL ACCOMMODATIONS: The court should be notified of requests for an interpreter or special accommodations at least *15 calendar days* before a court date.**

JUSTICE OF THE PEACE IRONWOOD SEAL JUSTICE COURTS MARICOPA

Date: 1/24/22

Clerk

Please inform court staff if interpreter services are required.
☐ Yes, I need interpreter services. Language: ______________

SC 8150-300.2 R: 1/1/20

Return Mail Only:
PO Box 1280
Oaks, PA 19456-1280
CHANGE SERVICE REQUESTED

846ATERSO01T1

Calls to or from this company may be monitored or recorded.

Convergent Physical Address:
Convergent Outsourcing, Inc.
800 SW 39th St., Suite #100
Renton, WA 98057
855-459-2044
Mon-Thu 8AM-8PM, Fri 8AM-5PM CST

0010 033494

Spencer Amerin
3820 S 375Th Ave
Tonopah AZ 85354-7576

www.payconvergent.com

Date: January 10, 2022
**Reference / Convergent Account #**: T-6799059

**Convergent Outsourcing, Inc. is a debt collector**. We are trying to collect a debt that you owe to T-Mobile, USA. We will use any information you give us to help collect the debt.

## Our information shows:

| | | |
|---|---|---|
| You had a T-Mobile, USA account with account number 958033441 | | |
| As of June 7, 2018, you owed: | $ | 528.54 |
| Between June 7, 2018 and today: | | |
| You were charged this amount in interest | + $ | 0.00 |
| You were charged this amount in fees: | + $ | 0.00 |
| You paid or were credited this amount toward the debt: | - $ | 0.00 |
| **Total amount of the debt now:** | **$** | **528.54** |







**Notice: See reverse side for important information**

## How can you dispute the debt?

- **Call or write to us by February 19, 2022, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by February 19, 2022,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at #clerks@convergentusa.com.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by February 19, 2022, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at #clerks@convergentusa.com.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

EX # 1





JAN 24 2022

IRONWOOD JUSTICE COURT

# READ THIS NOTICE CAREFULLY

**Notice to Plaintiff and Defendant: A small claims lawsuit has been filed in justice court.**

- A small claims lawsuit is an informal way to resolve civil disputes that are $3,500 or less.
- Parties in a lawsuit are called "plaintiff" and "defendant." Plaintiffs start a lawsuit by filing a complaint against defendants.
- PLAINTIFF: A lawsuit against the defendant cannot proceed without proper service as described in the Arizona Rules of Small Claims Procedure. When you file your Complaint, the court will provide you with a Summons and a copy of this notice that you must serve on each defendant along with the Complaint. You must file proof of service within 45 calendar days or your case may be dismissed. If proof of service is not timely filed or your case is not concluded within 65 days of the date the defendant was served, the court may dismiss your case unless it finds a good reason not to.
- DEFENDANT: You must file a written answer and mail a copy to the plaintiff. Otherwise, judgment may be entered against you. If you have a claim against the plaintiff, even if it is based on a different event than described in the complaint, you may file a counterclaim and must mail a copy to the plaintiff.
- BOTH PARTIES: You must provide supporting evidence for your claims and defenses and must appear at all scheduled hearings or alternative dispute resolution conferences.
- A Justice of the Peace or a Hearing Officer with specialized training will conduct the hearing. You should be prepared to clearly present your evidence. Although you may be permitted to appear telephonically if needed, you must submit all evidence to the court before the hearing. If you fail to appear at a hearing, the court may enter a judgment against you. To ensure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.
- You must follow the Arizona Revised Statutes and Arizona Rules of Small Claims Procedure that apply in your lawsuit. The statutes and rules are available in many public libraries and at the courthouse. The statutes are also online at the Arizona State Legislature webpage, and the rules are online at the Arizona Judicial Branch Court Rules web page.
- You must properly complete court papers and file them when they are due. Blank forms are on the Arizona Judicial Branch website and available from any justice court.
- Some filings require a filing fee. Parties can request a fee waiver or deferral from the court but must still file documents on time.
- Court staff cannot give legal advice but can provide information about jurisdiction, venue, pleadings, and procedures for the small claims division of the justice court.
- **There are no attorneys in a small claims lawsuit unless the parties agree in writing**. Individuals usually represent themselves. One spouse may represent both spouses. A full-time corporate officer or authorized employee may represent a corporation; an active general partner or an authorized full-time employee may represent a partnership; an active member or an authorized full-time employee may represent an association; and any other organization may be represented by one of its active members or authorized full-time employees.
- **Parties cannot appeal a small claims judgment**. Parties may request to transfer the lawsuit from small claims to the regular Civil Division of the justice court. A transfer will allow:
  - Attorney representation without written agreement;
  - Counterclaims for more than $3,500;
  - Motions that are not permitted in small claims lawsuits;
  - A jury trial; and
  - An appeal.



# Maricopa County Justice Courts, Arizona

**Ironwood Justice Court P.O. Box 648/209 E. Pima, Gila Bend, AZ 85337 602-506-1589**

CASE NUMBER: ______________

Spencer Amerin
3820 South 375th Ave
Tonopah, AZ 85354

(316) 806-3910
Plaintiff(s) Name / Address / Email / Phone

Convergent Outsourcing,INC
800 SW 39th Street STE#100
Renton, WA 98057

(855) 450-2044
Defendant(s) Name / Address / Email / Phone

Attorney for Plaintiff(s) Name / Address / Email / Phone

Attorney for Defendant(s) Name / Address / Email / Phone

**PROOF OF SERVICE BY REGISTERED OR CERTIFIED MAIL - SMALL CLAIMS** ARSCP 5(b)(1)

A copy of the Complaint, Summons and Notice in this action was served by registered or certified mail on the defendant who has signed the return receipt. The defendant's signature is evidence of service.

The date of service is:

☐ ____________ The date of delivery to, and signature of, the defendant, as shown.

☐ The date the return receipt is filed with the court *(because the date of delivery is not entered, or the date entered is illegible).*

Attached is the Return Receipt (green card) or the return receipt printed from the postal or delivery service's website.

ATTACH
GREEN CARD
HERE